**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BERNARD THOMPSON,**

                  **Plaintiff,**

**-vs-**                                                          **Case No. 6:05-cv-1912-Orl-28KRS**

**UNIVERSAL TECHNICAL INSTITUTE,**

                  **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANT'S UNOPPOSED MOTION TO ENFORCE SUBPOENA/HOLD NON PARTY IN CONTEMPT OF COURT (Doc. No. 18)**
>
> **FILED:**      **July 5, 2006**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

It does not appear that the present motion has been served on Non-Party American Motorcycle Institute, Inc. d/b/a/ WyoTech. Additionally, it is inappropriate to designate a motion as "unopposed" in the absence of a good-faith conference with the entity to whom the subpoena was directed. *See* Middle District of Florida Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on July 6, 2006.

                                                       *Karla R. Spaulding*
                                                      KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties